

FILED
CLERK, U.S. DISTRICT COURT

SEP  6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-02108 m |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Rene Alberto Betancourt | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _W. D. Okla_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ✗ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evidence by D to carry his burden_

1

2

3

4     and/or

5   B.   (√)  The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9     on: _no evidence to establish burden; D's criminal_

10    _history_

11

12

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   9/6/12

18

19

20                   RALPH ZAREFSKY
                      UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28